# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

ROBERT L. HARRINGTON,

      Plaintiff-Appellant,

v

                       SC: 155962
                       COA: 337251

GUS HARRISON CORRECTIONAL
FACILITY WARDEN,

      Defendant-Appellee.
_____/

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of June 21, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2017



jam                                             Clerk